United States District Court
Southern District of Texas
**ENTERED**
March 15, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Kirti Ruxmohan, | § § § § | |
| Plaintiff, | § | |
| v. | § | Civil Action No.  H-15-3119 |
| | § | |
| CVS RX Services, Inc., | § § | |
| Defendants. | § | |

ORDER

Pursuant to the Stipulation of Dismissal filed on March 11, 2016, the above-styled action shall be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

The Clerk shall send a true copy to all counsel of record.

Signed this ___14___ day of March, 2016.

DAVID HITTNER
United States District Judge